AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

FILED
CLERK'S OFFICE

2004 FEB -3 P 12: 21

U.S. DISTRICT COURT
DISTRICT OF MASS.

JOCELYN GEORGES

V.

PARTNERS HEALTHCARE SYSTEM, INC.
A/K/A
MASSACHUSETTS GENERAL HOSPITAL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 03   12553 REK

TO: (Name and address of Defendant)

Partners HealthCare System, Inc.
a/k/a Massachusetts General Hospital
75 Francis Street
Boston, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John D. Corrigan
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, Massachusetts  02109-4908

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_____    DATE  12-19-03

(By) DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA  02108 • (617) 989-6999

*Suffolk, ss.*

January 30, 2004

```
I hereby certify and return that on 1/28/2004 at 11:00:00 AM I served a
true and attested copy of the Summons and Complaint in this action in the
following manner: To wit, by delivering in hand to J. Abrams, Attorney,
agent, person in charge at the time of service for Partners Healthcare
System, Inc. a/k/a, at ,  Mass General Hospital,  50 Staniford Street
Boston, MA. Basic Service Fee (IH) ($35.00), Travel ($1.00), Postage and
Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00
```

Deputy Sheriff    Edward J. Tobin

*Deputy Sheriff*

---

*(The following section appears upside-down on the page)*

## RETURN OF SERVICE

|  | DATE |
| --- | --- |
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date              *Signature of Server*

_____
*Address of Server*

(AO 440 (Rev. 8/01) Summons in a Civil Action