UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 APR 29 P 12: 36

U.S. DISTRICT COURT
DISTRICT OF MASS

JOCELYN GEORGES,                        )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )
                                        )          C.A. No. 03-12553-REK
PARTNERS HEALTHCARE                     )
SYSTEM, INC., a/k/a                     )
MASSACHUSETTS GENERAL                   )
HOSPITAL,                               )
                                        )
                    Defendants.         )

DEFENDANT'S CERTIFICATION
PURSUANT TO FED.R.CIV.P. 16.1(D)(3)

Defendant Massachusetts General Hospital and below-signed litigation counsel

hereby certify that they have conferred: (a) with a view to establishing a budget for the

costs of conducting the full course – and various alternative courses – of the litigation;

and (b) to consider the resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in L.R.D.Mass. 16.4.

                                    PARTNERS HEALTHCARE SYSTEM, INC.
                                    Office of General Counsel

                                    By: Paul G. Cushing
                                    50 Staniford Street, Suite 1000
                                    Boston, MA 02114-2521

DATED: April 28, 2004

By its attorneys,

SPECIAL OUTSIDE COUNSEL

Christine M. Roach – BBO #421630
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
DATED: April 29, 2004        (617) 720-1800

Certificate of Service

I Christine M. Roach hereby certify that I have served the above pleading on the opposing party by this day mailing a copy of same regular mail to counsel of record.

DATED: April 29, 2004