UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOCELYN GEORGES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PARTNERS HEALTHCARE )<br>SYSTEM, INC., a/k/a )<br>MASSACHUSETTS GENERAL )<br>HOSPITAL, )<br>)<br>Defendants. ) | C.A. No. 03-12553-REK |

## PARTIES' JOINT MOTION FOR BRIEF MODIFICATION OF SCHEDULING ORDER

Pursuant to the Scheduling Conference held May 6, 2004, Plaintiff Jocelyn Georges and Defendant The General Hospital Corporation, d/b/a/ Massachusetts General Hospital ("the Parties") respectfully request a brief modification of the Scheduling Order in the above matter, as follows:

1. Extension of discovery termination date from September 7, 2004 to October 28, 2004; and

2. Extension of deadline for Defendant's filing its dispositive motion from October 8, 2004 to November 12, 2004.

In support of this Motion the Parties state they are diligently cooperating in discovery, but counsels' scheduling commitments preclude completion of deposition discovery within the allotted period. The parties further state this brief modification of the schedule need not disturb the Court's scheduled Final Pre-Trial Conference on December 8, 2004.

JOCELYN GEORGES
By his attorney,

_____
John D. Corrigan – BBO# 100460
O'MALLEY AND HARVEY, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908
(617) 357-5544

DATED: September 9, 2004


PARTNERS HEATHCARE SYSTEM, INC., a/k/a
MASSACHUSETTS GENERAL HOSPITAL
By their attorneys,

_____
Christine M. Roach – BBO No. 421630
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
(617) 720-1800

DATED: September 9, 2004


## Certificate of Service

I, Christine M. Roach, hereby certify that I have served a copy of the above pleading on the opposing party by this day mailing a copy of same regular mail to counsel of record.

DATED: September 9, 2004

_____
Christine M. Roach