UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOCELYN GEORGES,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   **DOCKET NO. 03-12553-REK** |
| | ) |
| PARTNERS HEALTHCARE SYSTEM, INC.,<br>A/K/A<br>MASSACHUSETTS GENERAL HOSPITAL,<br>    Defendant. | )<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION
TO EXTEND THE TIME TO RESPOND
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
AND TO CONTINUE THE PRE-TRIAL CONFERENCE DATE**

---

The plaintiff, Jocelyn Georges, states that the defendant, Partners HealthCare System, Inc., a/k/a Massachusetts General Hospital ("MGH"), on November 12, 2004 served upon the plaintiff Defendants' Motion for Summary Judgment.

As a result of plaintiff attorney's schedule in which he was required to attend three depositions for the week of November 15 and because of the Thanksgiving holiday schedule during the week of November 22, the plaintiff would have extreme difficulty responding to the defendant's motion by Friday, November 26.

WHEREBY, the plaintiff requests that the time within which he is required to reply to the Defendants' Motion for Summary Judgment be extended up to December 10, 2004.

Because the Final Pre-trial Conference on this matter is scheduled for December 8, 2004, the plaintiff requests that the Final Pre-trial Conference be scheduled for a date after December 10, 2004 at the Court's convenience.

The plaintiff's counsel has conferred with the defendant's counsel and defendant's counsel has advised plaintiff's counsel that she does not object to this continuance but that she cannot assent.

JOCELYN GEORGES

By his attorney,

*[signature]*

John D. Corrigan/BBO No. 100460
O'MALLEY AND HARVEY, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908
TEL: 617-357-5544
FAX: 617-204-3477

*[Certificate of service, partially illegible]*

I hereby certify that a true copy of the above document was served upon each party appearing pro se and the attorney of record for each other party by mail on the date shown below.

Date: 11-23-04    *[signature]*