UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOCELYN GEORGES,<br>　　　Plaintiff,<br><br>v.<br><br>PARTNERS HEALTHCARE SYSTEM, INC.,<br>A/K/A<br>MASSACHUSETTS GENERAL HOSPITAL,<br>　　　Defendant. | )<br>)<br>)<br>)   **DOCKET NO. 03-12553-REK**<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF JOCELYN GEORGES' OPPOSITION
## TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

The plaintiff, Jocelyn Georges, opposes the defendant, Partners HealthCare System, Inc., a/k/a Massachusetts General Hospital's, Motion for Summary Judgment for the reasons set forth in the accompanying Memorandum.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PLAINTIFF, JOCELYN GEORGES
　　　　　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John D. Corrigan/BBO No. 100460
　　　　　　　　　　　　　　　　　　　　O'MALLEY AND HARVEY, LLP
　　　　　　　　　　　　　　　　　　　　Two Oliver Street, 9th Floor
　　　　　　　　　　　　　　　　　　　　Boston, MA 02109-4908
　　　　　　　　　　　　　　　　　　　　TEL: 617-357-5544
　　　　　　　　　　　　　　　　　　　　FAX: 617-204-3477