UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOCELYN GEORGES,<br>    Plaintiff,<br><br>v.<br><br>PARTNERS HEALTHCARE SYSTEM, INC.,<br>A/K/A<br>MASSACHUSETTS GENERAL HOSPITAL,<br>    Defendant. | )<br>)<br>)<br>)   **DOCKET NO. 03-12553-REK**<br>)<br>)<br>)<br>)<br>) |

**PARTIES' ASSENTED-TO MOTION
PURSUANT TO CONFIDENTIALITY AGREEMENT
TO PLACE CERTAIN DOCUMENTS UNDER SEAL**

---

The parties respectfully request the Court to place all documents associated with the summary judgment motion marked "CONFIDENTIAL" under seal.

PLAINTIFF

By his attorney,

_/s/ John D. Corrigan_
John D. Corrigan/BBO No. 100460
O'MALLEY AND HARVEY, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908
TEL: 617-357-5544
FAX: 617-204-3477

DEFENDANT

By its attorney,

_/s/ Christine Roach_
Christine M. Roach/BBO No. 421630
ROACH & CARPENTER, P.C.
24 School Street
Boston, MA 02108
TEL: 617-720-1800
FAX: 617-720-0720