UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOCELYN GEORGES,<br>    Plaintiff<br><br>v.<br><br>PARTNERS HEALTHCARE SYSTEM, INC.,<br>A/K/A<br>MASSACHUSETTS GENERAL HOSPITAL,<br>    Defendants | CIVIL ACTION<br>NO. 03-12553-REK |

**Final Judgment**
January 4, 2005

For the reasons stated in the Memorandum and Order of this date, it is

ADJUDGED:

Judgment for the Defendants, Partners Healthcare System, Inc. and Massachusetts General Hospital, and against the plaintiff, Jocelyn Georges. In the circumstances of this case, I find that the lack of prompt and clear notification of plaintiff regarding the appropriately differing treatment of different employees makes it appropriate to order, and I hereby do order, that each party bear its own costs.

Approved:                                              By the Court,


__/s/Robert E. Keeton_____                __/s/Karen Folan_____
Senior United States District Judge              Karen Folan, Deputy Clerk