UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOCELYN GEORGES,<br>    Plaintiff,<br><br>v.<br><br>PARTNERS HEALTHCARE SYSTEM, INC.,<br>A/K/A<br>MASSACHUSETTS GENERAL HOSPITAL,<br>    Defendant. | )<br>)<br>)<br>)   **DOCKET NO. 03-12553-REK**<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF COMPLIANCE WITH
LOCAL RULE 16.1**

---

    I, John D. Corrigan, hereby certify that I have met with the plaintiff Jocelyn Georges and with a view to establishing a budget for the cost of conducting the full course and various alternative courses of the litigation. Also discussed with him were considerations relative to the resolution of the litigation through the use of alternate dispute resolution programs such as those outlined in Local Rule 16.4.


_____
Jocelyn Georges

_____
John D. Corrigan/BBO No. 100460
O'MALLEY AND HARVEY, LLP
Two Oliver Street, 9th Floor
Boston, MA  02109-4908
TEL:  617-357-5544
FAX:  617-204-3477